1   **CHRISTENSEN JAMES & MARTIN, CHTD.**
    Evan L. James, Esq. (7760)
2   Daryl E. Martin, Esq. (6735)
    Dylan J. Lawter, Esq. (15947)
3   7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
4   Telephone: (702) 255-1718
    Facsimile: (702) 255-0871
5   Email: elj@cjmlv.com; dem@cjmlv.com; djl@cjmlv.com
    *Attorneys for Plaintiff Warren Huch*
6
                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8

9   WARREN HUCH,                          | CASE NO.: 2:24-cv-01445-CDS-MDC

10                      Plaintiff,

11  vs.                                    | **PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

12  PACIFIC SEAFOOD – LAS VEGAS, LLC,      | **SPECIAL SCHEDULING REVIEW REQUESTED**
    *et al.*,
13
                        Defendants.
14

15          Pursuant to LR 16-1 and 26-1(b), the Parties to this action, acting by and through

16  their counsel of record, hereby submit this Joint Discovery Plan and Scheduling Order. The

17  Defendants seek additional time to perform discovery and the Plaintiff has assented to this

18  request.

19  **A.    Meeting**:       Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, counsel for the Parties

20  conferred over this Joint Proposed Discovery Plan and Scheduling Order on October 3, 2024,

21  ("Discovery Case Conference") and agreed to the following deadlines:

22          **1.    *Discovery Cut-Off.***

23          Pursuant to LR 26-1(b)(1), the parties request special scheduling review to permit

24  discovery to run for 364 days from the date of the first Answer or other responsive pleading,

25  which was filed September 20, 2024. Therefore, the discovery cut-off date will be September

26  19, 2025 ("Discovery Cut-Off Date").

27

*[Left margin vertical text:]* **CHRISTENSEN JAMES & MARTIN, CHTD.** 7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117 PH: (702) 255-1718 § FAX: (702) 255-0871

**2.     Amending the Pleadings and Adding Parties.**

Pursuant to LR 26-1(b)(2), the Parties will file any and all motions to amend the pleadings or to add parties by no later than 90 days before the Discovery Cut-Off Date. Ninety days before the Discovery Cut-Off Date falls on a weekend, so any and all motions to amend the pleadings or to add parties will be due no later than June 20, 2025.

**3.     *Fed. R. Civ. P. 26(a)(2) Expert Disclosures*.**

Pursuant to LR 26-1(b)(3), expert disclosures will be made in this matter as follows:

a.     The Parties will make their initial expert disclosures in this matter by no later than 60 days before the Discovery Cut-Off Date, or July 21, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C); and

b.     The Parties will make their rebuttal expert disclosures by no later than 30 days after the initial disclosure of experts, or August 20, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C).

**4.     Dispositive Motions.**

Pursuant to LR 26-1(b)(4), the Parties will file any and all dispositive motions by no later than 30 days after the Discovery Cut-Off Date. Thirty days after the Discovery Cut-Off Date falls on a weekend, so any and all dispositive motions will be due no later than October 17, 2025.

**5.     Joint Pretrial Order.**

Pursuant to LR 26-1(b)(5), the Parties will file the joint pretrial order no later than 30 days after the dispositive motion deadline. Thirty days after the dispositive motion deadline falls on a weekend, so the Parties will file their joint pretrial order by no later than November 14, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C). If either Party files a dispositive motion, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motion(s) or further court order.

1    **6.** ***Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures.***

2    Pursuant to LR 26-1(b)(6), the Parties will make their Fed. R. Civ. P. 26(a)(3) pretrial

3    disclosures at least 30 days before trial. Within 14 days after they are made, unless the Court

4    sets a different time, either Party may serve and promptly file a list of the following

5    objections: any objections to the use under Fed. R. Civ. P. 32(a) of a deposition designated

6    by another party under Fed. R. Civ. P. 26(a)(3)(A)(ii); and, any objection, together with the

7    grounds for it, that may be made to the admissibility of materials identified under Fed. R.

8    Civ. P. 26(a)(3)(A)(iii). An objection not so made— except for one under Fed. R. Evid. 402

9    or 403—is waived unless excused by the court for good cause.

10    **7.** ***Alternative Dispute Resolution.***

11    Pursuant to LR 26-1(b)(7), the Parties hereby certify that they met and conferred

12    about the possibility of using alternative dispute resolution processes including mediation,

13    arbitration, and if applicable, early neutral evaluation. The parties have declined arbitration

14    but will participate in the early neutral evaluation, which they anticipate will be held on or

15    before December 19, 2024, pursuant to LR 16-6(d). If early neutral evaluation does not lead

16    to full and complete resolution, the parties believe mediation will be a likely next step toward

17    resolution.

18    **8.** ***Alternative Forms of Case Disposition.***

19    Pursuant to LR 26-1(b)(8), the Parties hereby certify that they have considered and

20    declined to consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ.

21    P. 73 and the use of the Short Trial Program (General Order 2013-01).

22    **9.** ***Electronic Evidence.***

23    Pursuant to LR 26-1(b)(9), the Parties hereby certify the following:

24    a.    Has a jury trial been demanded?  ***YES.***

25    b.    Have the parties reached any stipulations regarding discovery in an

26    electronic format compatible with the court's electronic jury evidence display system? Not at

27    this time, but it is anticipated the parties will be able to stipulate to doing so.

1      ***10.      Fed. R. Civ. P. 26(a)(1) Initial Disclosures.***

2           The Parties will make their Fed. R. Civ. P. 26(a)(1)(C) initial disclosures within 14

3      days of the date of the Discovery Case Conference, or by October 17, 2024.

4

5      Approved as to form and content.

6      DATED this 15th day of October, 2024.          DATED this 15th day of October, 2024.

7      **CHRISTENSEN JAMES & MARTIN, CHTD.**          **GORDON REES SCULLY MANSUKHANI, LLP**

8       */s/ Dylan J. Lawter*                           */s/ Dione C. Wrenn*
        Dylan J. Lawter, Esq.                           Dione C. Wrenn, Esq.
9       Nevada Bar No. 15947                            Nevada Bar No. 13285
        7740 W. Sahara Avenue                           300 S. 4th Street, Suite 1550
10      Las Vegas, Nevada 89117                         Las Vegas, NV 89101
        Phone: (702) 255-1718                           Phone: 702-577-9300
11      Facsimile: (702) 255-1718                       Facsimile: 702-255-1858
        djl@cjmlv.com                                   dwrenn@grsm.com
12      *Attorneys for Warren Huch*                     *Attorneys for Defendants*

13

14                                                      IT IS SO ORDERED. The plan is denied.
                                                        The parties do not show good cause or any
15                                                      reason why 364 days is needed for discovery.
                                                        The parties shall file an amended stipulation
16                                                      in compliance with LR 26-1(b) and the
                                                        standard 180-discovery period.  The Court
17                                                      will consider discovery extensions should the
                                                        need arise and the parties demonstrate good
18                                                      cause and diligence in pursuing discovery.

19

20

21

22

23

24                                                      _____
                                                        UNITED STATES MAGISTRATE JUDGE
25

26                                                      DATED:  10-16-24
                                                        _____
27