**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com; dem@cjmlv.com; djl@cjmlv.com
*Attorneys for Plaintiff Warren Huch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WARREN HUCH,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC SEAFOOD – LAS VEGAS, LLC, *et al.*,<br><br>  Defendants. | CASE NO.: 2:24-cv-01445-CDS-MDC<br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to LR 16-1 and 26-1(b), the Parties to this action, acting by and through their counsel of record, hereby submit this Joint Discovery Plan and Scheduling Order.

**A.** **Meeting**: Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, counsel for the Parties conferred over this Joint Proposed Discovery Plan and Scheduling Order on October 3, 2024, ("Discovery Case Conference") and agreed to the following deadlines:

  **1.** ***Discovery Cut-Off.***

Pursuant to LR 26-1(b)(1), discovery will run for 180 days from the date of the first Answer or other responsive pleading, which was filed September 20, 2024. Therefore, the discovery cut-off date will be March 19, 2025 ("Discovery Cut-Off Date").

  **2.** ***Amending the Pleadings and Adding Parties.***

Pursuant to LR 26-1(b)(2), the Parties will file any and all motions to amend the pleadings or to add parties by no later than 90 days before the Discovery Cut-Off Date, or December 19, 2024.

3. ***Fed. R. Civ. P. 26(a)(2) Expert Disclosures.***

Pursuant to LR 26-1(b)(3), expert disclosures will be made in this matter as follows:

    a.    The Parties will make their initial expert disclosures in this matter by no later than 60 days before the Discovery Cut-Off Date. Sixty days before the Discovery Cut-Off Date falls on a weekend, so the Parties will make their initial expert disclosure by no later than January 20, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C); and

    b.    The Parties will make their rebuttal expert disclosures by no later than 30 days after the initial disclosure of experts, or February 19, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C).

4. ***Dispositive Motions.***

Pursuant to LR 26-1(b)(4), the Parties will file any and all dispositive motions by no later than 30 days after the Discovery Cut-Off Date, or April 18, 2025.

5. ***Joint Pretrial Order.***

Pursuant to LR 26-1(b)(5), the Parties will file the joint pretrial order no later than 30 days after the dispositive motion deadline. Thirty days after the dispositive motion deadline falls on a weekend, so the Parties will file their joint pretrial order by no later than May 16, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C). If either Party files a dispositive motion, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motion(s) or further court order.

6. ***Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures.***

Pursuant to LR 26-1(b)(6), the Parties will make their Fed. R. Civ. P. 26(a)(3) pretrial disclosures at least 30 days before trial. Within 14 days after they are made, unless the Court sets a different time, either Party may serve and promptly file a list of the following objections: any objections to the use under Fed. R. Civ. P. 32(a) of a deposition designated by another party under Fed. R. Civ. P. 26(a)(3)(A)(ii); and, any objection, together with the grounds for it, that may be made to the admissibility of materials identified under Fed. R.

Civ. P. 26(a)(3)(A)(iii). An objection not so made— except for one under Fed. R. Evid. 402 or 403—is waived unless excused by the court for good cause.

**7.     *Alternative Dispute Resolution*.**

Pursuant to LR 26-1(b)(7), the Parties hereby certify that they met and conferred about the possibility of using alternative dispute resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The parties have declined arbitration but will participate in the early neutral evaluation pursuant to LR 16-6(d), which is currently scheduled to be held on December 16, 2024. If early neutral evaluation does not lead to full and complete resolution, the parties believe mediation will be a likely next step toward resolution.

**8.     *Alternative Forms of Case Disposition*.**

Pursuant to LR 26-1(b)(8), the Parties hereby certify that they have considered and declined to consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**9.     *Electronic Evidence*.**

Pursuant to LR 26-1(b)(9), the Parties hereby certify the following:

   a.     Has a jury trial been demanded? **YES.**

   b.     Have the parties reached any stipulations regarding discovery in an electronic format compatible with the court's electronic jury evidence display system? Not at this time, but it is anticipated the parties will be able to stipulate to doing so.

/ / /

/ / /

/ / /

        **10.**    *Fed. R. Civ. P. 26(a)(1) Initial Disclosures.*

The Parties will make their Fed. R. Civ. P. 26(a)(1)(C) initial disclosures within 14 days of the date of the Discovery Case Conference, or by October 17, 2024.

Approved as to form and content.

| | |
|---|---|
| DATED this 17th day of October, 2024. | DATED this 17th day of October, 2024. |
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| /s/ Dylan J. Lawter | /s/ Dione C. Wrenn |
| Dylan J. Lawter, Esq.<br>Nevada Bar No. 15947<br>7740 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 255-1718<br>Facsimile: (702) 255-1718<br>djl@cjmlv.com<br>*Attorneys for Warren Huch* | Dione C. Wrenn, Esq.<br>Nevada Bar No. 13285<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Phone: 702-577-9300<br>Facsimile: 702-255-1858<br>dwrenn@grsm.com<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-21-24