**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com; dem@cjmlv.com; djl@cjmlv.com
*Attorneys for Plaintiff Warren Huch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WARREN HUCH,<br><br>   Plaintiff,<br><br>vs.<br><br>PACIFIC SEAFOOD – LAS VEGAS, LLC, *et al.*,<br><br>   Defendants. | CASE NO.: 2:24-cv-01445-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

  Pursuant to Local Rule IA 6.1 and 26-3, the Parties to this action, acting by and through their respective counsel of record, hereby stipulate and request the Court to order that all discovery deadlines be extended by 90 days. This is the first request for an extension of these deadlines. In support of this Stipulation and Order, the parties state as follows:

  1. Plaintiff commenced this action on August 7, 2024, and service on the Defendants took place thereafter.

  2. Defendants filed their answer on September 23, 2024.

  3. After the answer was filed, Plaintiff and Defendants engaged in the planning conference mandated by Federal Rule of Civil Procedure 26(f) and submitted a discovery plan and scheduling order. The Court entered a scheduling order on October 21, 2024.

  4. The Parties have exchanged their initial disclosures, as well as supplements.

  5. On December 12, 2024, a Stipulation to Substitute Counsel for Defendants was filed.

6. The Parties participated in an Early Neutral Evaluation on December 16, 2024, which did not result in a resolution of this case.

7. An extension of the discovery cut-off date, and all other related deadlines, is necessary due to the substitution of Defendants' counsel, and to allow the Parties to identify and retain any potential expert witnesses and otherwise conduct discovery in this case.

8. This request is being made more than 21 days before the initial expert witness disclosure deadline of January 20, 2025.

9. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties to allow sufficient time for the disclosure of potential expert witness(es) in this matter and to otherwise conduct proper discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court extend the deadline for initial expert witness disclosures by 90 days to April 18, 2025. As that extension will impact other discovery deadlines, the parties respectfully request that the Court also extend the following deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Witness Disclosure | January 20, 2025 | April 18, 2025 |
| Rebuttal Expert Witness Disclosure | February 19, 2025 | May 19, 2025 (to account for the weekend) |
| Discovery Deadline | March 19, 2025 | June 17, 2025 |
| Dispositive Motion Deadline | April 18, 2025 | July 17, 2025 |
| Joint Pre-Trial Order Deadline | May 16, 2025 | August 15, 2025 (or 30 days after decision on the dispositive motions) |

DATED this 17th day of December, 2024.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

 /s/ Dylan J. Lawter
Dylan J. Lawter, Esq.
Nevada Bar No. 15947
7740 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 255-1718
Facsimile: (702) 255-1718
djl@cjmlv.com
*Attorneys for Warren Huch*

**HARTWELL THALACKER, LTD.**

 /s/ Doreen Spears Hartwell
Doreen Spears Hartwell, Esq.
Nevada Bar No. 7525
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
Phone: 702-850-1076
Doreen@HartwellThalacker.com
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-19-24