**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com; dem@cjmlv.com; djl@cjmlv.com
*Attorneys for Plaintiff Warren Huch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WARREN HUCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC SEAFOOD – LAS VEGAS, LLC, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.: 2:24-cv-01445-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6.1 and 26-3, the Parties to this action, acting by and through their respective counsel of record, hereby stipulate and request the Court to order that all discovery deadlines be extended by 90 days. This is the second request for an extension of these deadlines. In support of this Stipulation and Order, the parties state as follows:

1.　Plaintiff commenced this action on August 7, 2024, and service on the Defendants took place thereafter.

2.　Defendants filed their answer on September 23, 2024.

3.　After the answer was filed, Plaintiff and Defendants engaged in the planning conference mandated by Federal Rule of Civil Procedure 26(f) and submitted a discovery plan and scheduling order. The Court entered a scheduling order on October 21, 2024.

4.　The Parties have exchanged their initial disclosures, as well as supplements.

5. On December 12, 2024, a Stipulation to Substitute Counsel for Defendants was filed.

6. The Parties participated in an Early Neutral Evaluation on December 16, 2024, which did not result in a resolution of this case.

7. On January 13, 2025, the Defendants delivered interrogatories, requests for admission, and requests for production of documents to the Plaintiff.

8. On February 3, 2025, the Plaintiff delivered interrogatories, requests for admission, and requests for production of documents to the Defendants.

9. On February 26, 2025, the Plaintiff delivered his responses to Defendants' requests for admission and requests for production of documents.

10. On February 27, 2025, the Plaintiff delivered his responses to Defendants' interrogatories.

11. On March 4, 2025, the Defendants delivered amended requests for admission to the Plaintiff.

12. On March 7, 2025, the Plaintiff delivered his response to Defendants' amended requests for admission.

13. On March 19, 2025, the Defendants delivered their responses to Plaintiff's interrogatories, requests for admission, and requests for production of documents.

14. The Parties have been working to resolve discovery disputes that have arisen since the discovery responses were received, but it appears at least some of those disputes will need to be submitted to the Magistrate Judge for a decision.

15. An extension of the discovery cut-off date, and all other related deadlines, is necessary due to the need to resolve discovery disputes, locate pertinent documents and information, and otherwise conduct discovery in this case.

16. This request is being made more than 21 days before the discovery deadline of June 17, 2025.

17. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties to allow sufficient time for the resolution of discovery disputes in this matter and to otherwise conduct proper discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court extend the deadline for discovery deadline by 90 days to September 15, 2025. As that extension will impact other discovery deadlines, the parties respectfully request that the Court also extend the following deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Witness Disclosure | April 18, 2025 | N/A (Passed) |
| Rebuttal Expert Witness Disclosure | May 19, 2025 | N/A |
| Discovery Deadline | June 17, 2025 | September 15, 2025 |
| Dispositive Motion Deadline | July 17, 2025 | October 15, 2025 |
| Joint Pre-Trial Order Deadline | August 15, 2025 | November 17, 2025 (or 30 days after decision on any dispositive motions) |

DATED this 30th day of April, 2025.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

/s/ Dylan J. Lawter
Dylan J. Lawter, Esq.
Nevada Bar No. 15947
7740 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 255-1718
Facsimile: (702) 255-1718
djl@cjmlv.com
*Attorneys for Warren Huch*

**HARTWELL THALACKER, LTD.**

/s/ Doreen Spears Hartwell
Doreen Spears Hartwell, Esq.
Nevada Bar No. 7525
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
Phone: 702-850-1076
Doreen@HartwellThalacker.com
*Attorneys for Defendants*

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/1/2025