Doreen Spears Hartwell, SBN 7525
Doreen@HartwellThalacker.com
Laura J. Thalacker, SBN 5522
Laura@HartwellThalacker.com
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WARREN HUCH,<br><br>Plaintiff<br><br>vs.<br><br>PACIFIC SEAFOOD-LAS VEGAS, LLC, et al.,<br><br>Defendants | Case No. 2:24-cv-01445-CDS-MDC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  Plaintiff Warren Huch ("Huch") and Defendants Pacific Seafood-Las Vegas, LLC, Dulcich, Inc., Pacific Seafood Distribution, LLC, James Yamamoto and Linda Byers (collectively "Defendants") through their respective counsel stipulate as follows:

  1. The parties have reached a settlement in this case resolving all issues with each party responsible for their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

2. Huch further agrees to dismiss all causes of action asserted in the above-captioned case against all Defendants with prejudice.

| CHRISTENSEN JAMES & MARTIN, CHTD. | HARTWELL THALACKER, LTD |
|---|---|
| /s/Dylan Lawter<br>Evan L. James, Esq. (7760)<br>Dylan J. Lawter, Esq. (15947)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | /s/Doreen Spears Hartwell<br>Doreen Spears Hartwell (7525)<br>Laura J. Thalacker (5522)<br>11920 Southern Highlands Pkwy #201<br>Las Vegas, NV 89141<br>*Attorneys for Defendants* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE
Dated: January 6, 2026